In the Matter of the Application to Punish JOHN A. LEACH, Respondent, for a Contempt.

NEW YORK STATE LEGISLATIVE COMMITTEE, Appellant.

*Contempt — legislature — when legislative committee is without power to appoint a subcommittee of one member.*

*Matter of Leach*, 197 App. Div. 702, affirmed. (Argued January 9, 1922; decided January 24, 1922.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 1, 1921, which affirmed an order of Special Term denying a motion for punishment of the respondent herein as and for a contempt in refusing to

be sworn as a witness before a duly appointed sub-committee of a state legislative committee appointed to investigate the affairs of the city of New York. The subcommittee consisted of but one member. Respondent declined to be sworn upon the ground that the legislative committee was without power to appoint a subcommittee of but one member.

*Elon R. Brown, Samuel A. Berger* and *Leonard M. Wallstein* for appellant.

*John P. O'Brien, Corporation Counsel (William E. C. Mayer, John F. O'Brien* and *William J. Ahearn* of counsel), for respondent.

Order affirmed, with costs, on ground the joint resolution did not authorize the appointment of a subcommittee of one member; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.